**Opinion issued August 2, 2016**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-16-00231-CV

—————————————

## BENITO SANTIBANEZ, Appellant

## V.

## ALEJANDRO DIRON, Appellee

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 121-DCV-202428**

---

## MEMORANDUM OPINION

Benito Santibanez has neither paid the required fees nor established indigence

for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T

CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West Supp. 2015); Order

Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of

Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.